# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristi Bray,<br><br>             Plaintiff,<br><br>v.<br><br>Maxwell & Morgan PC, et al.,<br><br>             Defendants. | **NO. CV-17-00486-PHX-DGC**<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendants' second offer of judgment, judgment is hereby entered against Defendants Maxwell & Morgan PC, Charles E Maxwell, Lisa Maxwell, Samuel C Richardson and Nikki L Richardson in the amount of $ 2,566.98, plus all attorney's fees and costs that were reasonably incurred by Plaintiff through the date of acceptance of the offer in connection with this case only, in an amount to be negotiated by the parties or, failing agreement, in an amount to be determined by the Court. Said amount shall bear interest at the rate determined by 28 U.S.C. § 1961 from the date of the Judgment until paid in full. Furthermore, Maxwell & Morgan PC will cause a document to be recorded in the Official Records of the Maricopa County Recorder that releases the "Notice and Claim of Lien by Homeowners Association: that was recorded in the Official Records of the Maricopa County Recorder on March 22, 2016 (document number 20160184134). This case is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

August 3, 2017

By   s/ Rebecca Kobza
       Deputy Clerk